UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDIA GLOW DIGITAL, LLC and TIMES SQUARE LED, LLC,<br><br>                       Plaintiffs,<br><br>               - against -<br><br>PANASONIC CORP. OF NORTH AMERICA; ICON ARCHITECTURAL GROUP, LLC; ICON ARCHITECTURAL GROUP, PLLC; ICON HD, LLC; EARL B. LOVELL-S.P. BELCHER, INC., and NY LAND SURVEYOR, P.C.,<br><br>                       Defendants. | **ORDER**<br><br>16 Civ. 7907 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        Pursuant to the Standing Order in <u>In Re: Coronavirus/Covid-19 Pandemic (Suspension of Jury Trials and Limited Court Operations)</u>, 20 Misc. 172, it is hereby ORDERED that the trial currently scheduled for May 18, 2020 is adjourned to **June 8, 2020**. The joint pretrial order, motions <u>in limine</u>, requested <u>voir dire</u>, and requests to charge are now due on **May 9, 2020**. Responsive papers are now due **May 16, 2020**.

        This Court will address in a forthcoming order Plaintiffs' objections to Magistrate Judge Pitman's December 10, 2018 order denying Plaintiffs' request to file a Third Amended Complaint.

Dated: New York, New York
       March 30, 2020

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge