UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MEDIA GLOW DIGITAL, LLC and TIMES SQUARE LED, LLC,

        Plaintiffs,

- against -

PANASONIC CORP. OF NORTH AMERICA; ICON ARCHITECTURAL GROUP, LLC; ICON ARCHITECTURAL GROUP, PLLC; ICON HD, LLC; EARL B. LOVELL-S.P. BELCHER, INC., and NY LAND SURVEYOR, P.C.,

        Defendants.

**ORDER**

16 Civ. 7907 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the trial in this case currently scheduled for October 26, 2020 is adjourned to **April 12, 2021 at 9:30 a.m.**

Dated:  New York, New York
        September 10, 2020

SO ORDERED.

_Paul G. Gardephe_
_____
Paul G. Gardephe
United States District Judge