UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――

MEDIA GLOW DIGITAL, LLC and TIMES SQUARE LED, LLC,

                  Plaintiffs,

- against -

PANASONIC CORP. OF NORTH AMERICA; ICON ARCHITECTURAL GROUP, LLC; ICON ARCHITECTURAL GROUP, PLLC; ICON HD, LLC; EARL B. LOVELL-S.P. BELCHER, INC., and NY LAND SURVEYOR, P.C.,

                  Defendants.

**ORDER**

16 Civ. 7907 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court will conduct a telephonic conference in this case on **March 4, 2021 at 11:00 a.m.**

        Seven days prior to the conference, the parties will submit a joint letter addressing any issues they wish to raise concerning the scheduled trial.

        With respect to the conference, the parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code. The Court is holding multiple telephone conferences on this date. The parties should call in at the scheduled time and wait on the line for their case to be called. At that time, the Court will un-mute the parties' lines. Seven days before the conference, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court

knows which numbers to un-mute. The email should include the case name and case number in the subject line.

Dated: New York, New York
       February 10, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge