UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MEDIA GLOW DIGITAL, LLC and TIMES SQUARE LED, LLC,

        Plaintiffs,

- against -

PANASONIC CORP. OF NORTH AMERICA; ICON ARCHITECTURAL GROUP, LLC; ICON ARCHITECTURAL GROUP, PLLC; ICON HD, LLC; EARL B. LOVELL-S.P. BELCHER, INC., and NY LAND SURVEYOR, P.C.,

        Defendants.

**ORDER**

16 Civ. 7907 (PGG) (SLC)

---

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant Earl B. Lovell-S.P. Belcher, Inc. ("Lovell-Belcher") has not appeared in this case or responded to Plaintiffs' complaints in any fashion. Any motion for a default judgment against Lovell-Belcher will be filed by March 12, 2021, in accordance with this Court's individual rules. Should an application for a default judgment not be filed as of March 12, 2021, all claims against Lovell-Belcher will be dismissed for failure to prosecute.

Dated: New York, New York
       March 4, 2021

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge