UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MEDIA GLOW DIGITAL, LLC and TIMES SQUARE LED, LLC, <br><br>  Plaintiffs, <br><br> - against - <br><br> PANASONIC CORP. OF NORTH AMERICA; ICON ARCHITECTURAL GROUP, LLC; ICON ARCHITECTURAL GROUP, PLLC; ICON HD, LLC; EARL B. LOVELL-S.P. BELCHER, INC., and NY LAND SURVEYOR, P.C., <br><br> Defendants. | **ORDER** <br><br> 16 Civ. 7907 (PGG) (SLC) |

PAUL G. GARDEPHE, U.S.D.J.:

       A trial date has been set for April 14, 2021.  The Proposed Joint Pretrial Order (Dkt. No. 252) reflects claims against and issues regarding Defendants ICON Architectural Group, LLC, ICON Architectural Group, PLLC, and ICON HD, LLC (the "ICON Defendants").  A stipulation of dismissal has been filed as to the ICON Defendants.  (Dkt. No. 271)  Accordingly, the Proposed Joint Pretrial Order's discussion of the issues for trial, the witnesses who will be called, and the exhibits that will be offered must be updated to reflect the fact that the ICON Defendants are no longer in this case.  The parties will submit a revised Proposed Joint Pretrial Order by March 12, 2021.

Dated: New York, New York
       March 5, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge