UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEDIA GLOW DIGITAL, LLC and TIMES SQUARE LED, LLC,

            Plaintiffs,

- against -

PANASONIC CORP. OF NORTH AMERICA; ICON ARCHITECTURAL GROUP, LLC; ICON ARCHITECTURAL GROUP, PLLC; ICON HD, LLC; EARL B. LOVELL-S.P. BELCHER, INC., and NY LAND SURVEYOR, P.C.,

            Defendants.

**ORDER**

16 Civ. 7907 (PGG) (SLC)

PAUL G. GARDEPHE, U.S.D.J.:

        On March 19, 2021, Defendant Panasonic Corporation of North America ("Panasonic") filed its Supplemental Pre-Trial Brief (Dkt. Nos. 290-291) and exhibits to the Declaration of Michael L. Simes in Support of its Supplemental Pre-Trial Brief (Dkt. Nos. 292-314) under seal. Panasonic did not first file a motion to seal these documents, however, and at least some of the documents it submits under seal, such as the December 5, 2011 Millennium Agreement (Simes Decl. (Dkt. No. 292) ¶ 3; Simes Decl. Ex. 2 (Dkt. No. 292-2)), are already publicly filed. (See, e.g., Dkt. No. 82-1)

        Accordingly, by March 31, 2021, Panasonic will file a motion to seal in accordance with this Court's Individual Rules of Practice. The motion will include an exhibit-by-exhibit justification under Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 119-20 (2d Cir. 2006) of why the exhibits to the Simes Declaration should be sealed. If Panasonic wishes to propose specific redactions under Lugosch, it should do so in accordance with this Court's

Individual Rules of Practice.

Dated: New York, New York
March 24, 2021

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge