UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEDIA GLOW DIGITAL, LLC and TIMES SQUARE LED, LLC,

        Plaintiffs,

- against -

PANASONIC CORP. OF NORTH AMERICA; ICON ARCHITECTURAL GROUP, LLC; ICON ARCHITECTURAL GROUP, PLLC; ICON HD, LLC; EARL B. LOVELL-S.P. BELCHER, INC., and NY LAND SURVEYOR, P.C.,

        Defendants.

**ORDER**

16 Civ. 7907 (PGG) (SLC)

PAUL G. GARDEPHE, U.S.D.J.:

        The trial in this matter scheduled for April 12, 2021 is adjourned to April 14, 2021, based on courtroom availability.  The parties are advised that there has been no change in the status of the two criminal trials that are assigned priority over the trial in this case, and which are also scheduled to begin on April 14, 2021.  As this Court explained in the March 11, 2021 conference, the trial in this matter will proceed on the scheduled date only if the trials in both prioritized criminal cases do not go forward.

Dated:  New York, New York
         March 25, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge