UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MEDIA GLOW DIGITAL, LLC and TIMES SQUARE LED, LLC,

        Plaintiffs,

- against -

PANASONIC CORP. OF NORTH AMERICA; ICON ARCHITECTURAL GROUP, LLC; ICON ARCHITECTURAL GROUP, PLLC; ICON HD, LLC; EARL B. LOVELL-S.P. BELCHER, INC., and NY LAND SURVEYOR, P.C.,

        Defendants.

**ORDER**

16 Civ. 7907 (PGG) (SLC)

---

PAUL G. GARDEPHE, U.S.D.J.:

        The trial in this matter currently scheduled to begin April 14, 2021 is adjourned sine die, based on this Court's understanding that a courtroom will not be available on that date.

By April 15, 2021, the parties will propose alternative trial dates in the third quarter of 2021.

Dated: New York, New York
       April 7, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge