UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEDIA GLOW DIGITAL, LLC and TIMES SQUARE LED, LLC,

              Plaintiffs,

- against -

PANASONIC CORP. OF NORTH AMERICA; ICON ARCHITECTURAL GROUP, LLC; ICON ARCHITECTURAL GROUP, PLLC; ICON HD, LLC; EARL B. LOVELL-S.P. BELCHER, INC., and NY LAND SURVEYOR, P.C.,

              Defendants.

**ORDER OF DEFAULT**

16 Civ. 7907 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Second Amended Complaint was filed on May 8, 2017.  (Dkt. No. 33)

        Plaintiffs served the Second Amended Complaint on Defendant Earl B. Lovell-S.P. Belcher, Inc. ("Lovell-Belcher") on May 17, 2017. (Dkt. No. 42)

        Lovell-Belcher has not filed an answer, moved against the Second Amended Complaint, or otherwise appeared in this action. (See Certificate of Default (Dkt. No. 286))

        This Court ordered Lovell-Belcher to show cause on March 23, 2021, why a default judgment should not be entered against it.  (Dkt. No. 318)

        Plaintiffs served the Order to Show Cause on Lovell-Belcher on March 24, 2021. (Dkt. No. 333-1)

        On April 6, 2021, this Court adjourned the show cause hearing to April 15, 2021. (Dkt. No. 329).

        On April 8, 2021, Plaintiffs served on Lovell-Belcher the April 6, 2021 order

2

adjourning the show cause hearing to April 15, 2021.  (Dkt. No. 333-2)

Lovell-Belcher filed no opposition to Plaintiffs' motion for a default judgment and did not appear at the April 15, 2021 hearing.

Accordingly, an order of default is entered against Defendant Lovell-Belcher. Damages will be determined at a later date.

Dated: New York, New York
       April 19, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge