UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEDIA GLOW DIGITAL, LLC and TIMES SQUARE LED, LLC,

      Plaintiffs,

- against -

PANASONIC CORP. OF NORTH AMERICA; ICON ARCHITECTURAL GROUP, LLC; ICON ARCHITECTURAL GROUP, PLLC; ICON HD, LLC; EARL B. LOVELL-S.P. BELCHER, INC., and NY LAND SURVEYOR, P.C.,

      Defendants.

**ORDER**

16 Civ. 7907 (PGG) (SLC)

PAUL G. GARDEPHE, U.S.D.J.:

    On March 19, 2021, Defendant Panasonic Corporation of North America ("Panasonic") filed its Supplemental Pre-Trial Brief (Dkt. Nos. 290-291) and Exhibits 1-21 and 24 to the Declaration of Michael L. Simes in Support of its Supplemental Pre-Trial Brief (see Dkt. Nos. 292-314) under seal.

    On March 29, 2021, in response to this Court's March 24, 2021 order (Dkt. No. 325), Panasonic submitted a motion to seal, in which it stated that "[t]he parties do not believe that any of [the exhibits submitted under seal] satisfy the sealing standard [set forth in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 119-20 (2d Cir. 2006)]." (Dkt. No. 328 at 2) Panasonic requested that the Court allow to remain under seal "documents [that] were produced by third parties with confidentiality designations under the Protective Order governing this case[,]" specifically, exhibits 7, 8, 9, 10, 18, 24, and the redactions on pages 11 and 15 of Panasonic's supplemental brief, which quote the aforementioned exhibits produced by third

parties (the "Third Party Documents").

On April 14, 2021, this Court issued an order stating that it "intends to unseal all material that is currently under seal," and directing the Clerk of Court to unseal all but the Third Party Documents. (Order (Dkt. No. 334)) The Order directed the parties "to (1) notify forthwith any third party that provided documents to the parties pursuant to a confidentiality agreement of the Court's intention to unseal; and (2) provide any such third party with a copy of this Order." (Id. at 3) The Order further directed "[a]ny third party wishing to challenge unsealing will make a submission to this Court concerning unsealing by April 21, 2021. Absent such a filing, all material currently under seal will be unsealed." (Id.)

Since issuance of this Court's April 14, 2021 order, no third party has submitted an objection to the unsealing of the Third Party Documents. Accordingly, the Third Party Documents will be unsealed.

The Clerk of Court is directed to modify the viewing level for Dkt. Nos. 299 (Ex. 7), 300 (Ex. 8), 301 (Ex. 9), 302 (Ex. 10), 310 (Ex. 18), and 314 (Ex. 24) to the public viewing level. By **June 4, 2021**, Panasonic will file an amended copy of its supplemental brief removing all redactions.

Dated: New York, New York
      June 2, 2021

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge