UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEDIA GLOW DIGITAL, LLC and TIMES SQUARE LED, LLC,

                Plaintiffs,

- against -

PANASONIC CORP. OF NORTH AMERICA; ICON ARCHITECTURAL GROUP, LLC; ICON ARCHITECTURAL GROUP, PLLC; ICON HD, LLC; EARL B. LOVELL-S.P. BELCHER, INC., and NY LAND SURVEYOR, P.C.,

                Defendants.

**ORDER**

16 Civ. 7907 (PGG) (SLC)

PAUL G. GARDEPHE, U.S.D.J.:

        On April 16, 2021, this Court scheduled a tentative trial date for July 19, 2021. (Dkt. No. 356)  The trial calendar issued by the Clerk's Office for the third quarter of 2021 lists three trials for the week of July 19, 2021, in rank order.  Only one of the listed trials will actually proceed.  The trials assigned second and third place in line will go forward only if the trial or trials ahead of them are resolved through a plea, settlement or are adjourned.

        The trial calendar also lists three "alternate" trials for the week of July 19, 2021. The "alternate" trials are also ranked, and will proceed only if all three cases on the primary list are resolved.  There may be further obstacles to scheduled trials going forward, such as limitations on the number of jurors who are allowed in the courthouse for jury selection.

        The trial in this case was assigned third place in the list of three "alternate" trials for the week of July 19, 2021.  Given that all five cases that have been accorded greater priority

would have to plead out, settle, or be adjourned in order for trial in the instant matter to proceed, it appears highly unlikely that the trial in this case can proceed as scheduled. If we are unexpectedly permitted to proceed, we will likely receive very little advance notice.

The Court is aware both that this case has been pending for some time, and that the uncertainty regarding courtroom availability presents practical difficulties for the parties. By **June 17, 2021**, the parties will submit a joint letter advising this Court whether they wish to adjourn the current trial date and, if so, proposing other trial dates in the fourth quarter of 2021 and in the first quarter of 2022.

Dated: New York, New York
      June 11, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge