

KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

1001 West Fourth Street
Winston-Salem, NC 27101-2400
t 336 607 7300  f 336 607 7500

March 2, 2022

direct dial 336 607 7308
direct fax 336 734 2616
chadhansen@kilpatricktownsend.com

<u>**VIA ECF**</u>
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 2204
New York, NY 10007

Re:   *Media Glow Digital, LLC, et al., v. Panasonic Corporation of North America*
<u>S.D.N.Y. Case No. 1:16-cv-07907 (PGG)</u>

Dear Judge Gardephe:

We represent Plaintiffs in the above-referenced action. We write jointly with Defendant Panasonic regarding scheduling of the jury trial in this matter.

This matter was scheduled for trial starting February 14, 2022. (ECF No. 342.) After Your Honor's law clerk notified counsel for the parties that the February trial slot was needed for criminal matters, the parties met and conferred on alternative trial dates during the second and third quarter of this year and proposed a block of time for trial in September. (ECF No. 343.) Your Honor's law clerk subsequently informed counsel that the September block would not work for the Court and requested additional trial dates. Because the February trial date was imminent, the Court continued the February 14 trial to July 11, 2022. (ECF No. 344.) Although the trial has been continued, we understand the Court is still seeking alternative trial dates for later in 2022.

Due to counsels' conflicts, including but not limited to numerous upcoming trials, and unavailability of the witnesses, we remain unable to propose alternative dates in the third quarter of this year. However, all counsel and the parties are available for trial **October 17-28** and **November 7-18**. Counsel still expect the trial of this matter to require 5-7 days of testimony and argument. Thank you for your consideration.

Respectfully submitted,

Chad D. Hansen
*Counsel for Plaintiffs*

cc:   All Counsel of Record (via ECF)

ANCHORAGE  ATLANTA  AUGUSTA  BEIJING  CHARLOTTE  DALLAS  DENVER  HOUSTON  LOS ANGELES  NEW YORK  RALEIGH  SAN DIEGO
SAN FRANCISCO  SEATTLE  SHANGHAI  SILICON VALLEY  STOCKHOLM  TOKYO  WALNUT CREEK  WASHINGTON  WINSTON-SALEM