UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEDIA GLOW DIGITAL, LLC and TIMES
SQUARE LED, LLC,

                    Plaintiffs,

                  - against -

PANASONIC CORP. OF NORTH AMERICA,
and EARL B. LOVELL-S.P. BELCHER, INC.,

                    Defendants.

**ORDER**

16 Civ. 7907 (PGG) (SLC)

PAUL G. GARDEPHE, U.S.D.J.:

        Trial in this matter is scheduled for July 11, 2022.  The Court will conduct a final pretrial conference on **Wednesday, July 6, 2022, at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

        The parties' proposed <u>voir dire</u>, verdict form, and requests to charge reflect claims against and issues regarding Defendants ICON Architectural Group, LLC, ICON Architectural Group, PLLC, and ICON HD, LLC (the "ICON Defendants").  (<u>See</u> Dkt. Nos. 253-54, 257)  A stipulation of dismissal has been filed as to the ICON Defendants.  (Dkt. No. 271)  Accordingly, the parties will revise their <u>voir dire</u>, requests to charge, and verdict form submissions to reflect the fact that the ICON Defendants are no longer in this case.  The parties will file updated versions of these submissions by **June 22, 2022**.

The parties have submitted numerous attachments to, and amended versions of, the proposed joint pretrial order.  (See Dkt. Nos. 252, 266, 282, 327, 350)  By **June 22, 2022**, the parties will submit a final version of the proposed joint pretrial order.

Dated: New York, New York
       June 17, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

2