UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEDIA GLOW DIGITAL, LLC and TIMES SQUARE LED, LLC,

        Plaintiffs,

- against -

PANASONIC CORP. OF NORTH AMERICA, and EARL B. LOVELL-S.P. BELCHER, INC.,

        Defendants.

**ORDER**

16 Civ. 7907 (PGG) (SLC)

PAUL G. GARDEPHE, U.S.D.J.:

        The final pretrial conference, currently scheduled for July 6, 2022, is adjourned to **July 11, 2022, at 9:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        July 5, 2022

                                  SO ORDERED.

                                  _____
                                  Paul G. Gardephe
                                  United States District Judge