UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MEDIA GLOW DIGITAL, LLC and TIMES SQUARE LED, LLC,

                    Plaintiffs,

              - against -

PANASONIC CORP. OF NORTH AMERICA, and EARL B. LOVELL-S.P. BELCHER, INC.,

                    Defendants.

**ORDER**

16 Civ. 7907 (PGG) (SLC)

---

PAUL G. GARDEPHE, U.S.D.J.:

        Trial in this matter is scheduled for Monday, July 11, 2022. The Court tested positive for the COVID-19 virus on Tuesday, July 5, 2022, and is experiencing a variety of symptoms associated with the virus. This District's COVID-19 protocols require two consecutive negative tests before someone infected with the virus can return to the courthouse. However, a person who contracts the COVID-19 virus can show positive results for ten or more days after infection. Accordingly, it is unclear when the Court can return to the courthouse and proceed with jury selection in this matter.

        The Court is also scheduled to conduct a criminal trial in United States v. Donnell Russell, 20 Cr. 538 (PGG), beginning on Monday, July 18, 2022. Since the parties anticipate that trial in this matter will require "five to seven days of testimony and argument" (Proposed Jt. Pretrial Order (Dkt. No. 357) at 24), it is necessary for the Court to adjourn the trial date.

Accordingly, the trial currently scheduled for July 11, 2022, is adjourned to **Tuesday, September 6, 2022**.  The final pretrial conference, currently scheduled for July 11, 2022, is adjourned sine die.

Dated: New York, New York
July 7, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge