UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MEDIA GLOW DIGITAL, LLC and TIMES SQUARE LED, LLC,

        Plaintiffs,

- against -

PANASONIC CORP. OF NORTH AMERICA, and EARL B. LOVELL-S.P. BELCHER, INC.,

        Defendants.

**ORDER**

16 Civ. 7907 (PGG) (SLC)

---

PAUL G. GARDEPHE, U.S.D.J.:

    The trial currently scheduled for September 6, 2022, is adjourned to **October 24, 2022**.

Dated: New York, New York
       August 25, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge