UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MEDIA GLOW DIGITAL, LLC, and TIMES SQUARE LED, LLC,

        Plaintiffs,

        - against -

PANASONIC CORP. OF NORTH AMERICA,

        Defendant.

**ORDER**

16 Civ. 7907 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        For the reasons stated at today's conference, Defendant Panasonic's remaining motions in limine (Dkt. No. 249) are granted in part and denied in part. Plaintiffs' requests to (1) add a claim for damages sustained "in reliance on the [Millennium Sign Agreement's] contractual warranties" and (2) assert negligence claims against Panasonic at trial are denied. (See June 22, 2022 Proposed Jt. Pretrial Order (Dkt. No. 357) at 17-18)

Dated: New York, New York
       October 12, 2022

                                      SO ORDERED.

                                      _____
                                      Paul G. Gardephe
                                      United States District Judge